UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 21 P 1: 09
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| WILLIAM STEGALL,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI MCGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISORS, LP, FUND ASSET MANAGEMENT, LP, AND AMERICAN FUND ADVISORS, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 05 CV 10062 DPW |

# FRANKLIN ADVISERS, INC.'S NOTICE OF MOTION TO TRANSFER AND CONSOLIDATE ACTION WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

NOTICE IS HEREBY GIVEN that on January 18, 2005, Franklin Advisers, Inc. filed the attached Motion for Transfer and Consolidation and supporting documents with the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407.

This notice is provided as required by 28 U.S.C. § 1407(c)(ii). A copy of the Motion for Transfer and Consolidation and the supporting documents are attached to this Notice and are served and filed herewith.

Dated: January 18, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Boris Feldman

Jerome Birn
Peri Nielsen
Kent Easter
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300 – Telephone
(650) 565-5100 – Facsimile

Attorneys for FRANKLIN ADVISERS, INC.