UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

WILLIAM STEGALL, ET AL.,

Hearing Date:

Plaintiff/Petitioner

CAUSE NO.
05 10062DPW

2005 FEB -7  P 3:04

vs.

CHARLES L LADNER, ET AL.,

U.S. DISTRICT COURT
DISTRICT OF MASS

AFFIDAVIT OF SERVICE OF
SUMMONS AND COMPLAINT

Defendant/Respondent

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of January, 2005, at 3:31 PM**, at the address of **301 TRESSER Boulevard SUITE 1310, STAMFORD, Fairfield County, CT** ; this affiant served the above described documents upon **SUSTAINABLE GROWTH ADVISERS, LP**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MARY GREVE; DIRECTOR OF OPERATIONS, W/F; BROWN HAIR; 45 YRS;5'6"; 175 LBS.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _Connecticut_ that the statement above is true and correct.

ERIC RUBIN

SUBSCRIBED AND SWORN to before me this 25th day of January, 2005

NOTARY PUBLIC in and for the State of **Connecticut**

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF SERVICE



ABC Tracking # 0633662