UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 3:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC. <br><br> Defendants. | Case No. 05 10062 DPW |

**ASSENTED-TO MOTION TO ENLARGE TIME FOR
FILING ANSWER OR OTHER RESPONSIVE PLEADING**

Nicholas-Applegate Capital Management, Pzena Management, LLC, Shay Assets Management, Inc., Sustainable Growth Advisers, LP, Fund Asset Management, LP, American Fund Advisers, Inc. (collectively "Defendants") hereby request that this Court grant Defendants an additional forty-nine (49) days from today – i.e., through Thursday, March 31, 2005 – to

BOS-726995 v1

- 2 -

answer or otherwise respond to the Complaint in the above-captioned action. As grounds for this motion, Defendants state as follows:

1. Plaintiff's Complaint names 25 defendants, contains forty-nine paragraphs, and is twenty pages in length.

2. Given the complexity of the Complaint, and the number of defendants involved in this action, an additional forty-nine (49) days in which to answer or otherwise respond to the Complaint is reasonable.

3. Plaintiff's Counsel has assented to the extension of time requested herein, and no prejudice will result from the allowance of this motion.

Assented to,

WILLIAM STEGALL

By his attorney, duly authorized

*David Pastor /spw*
David Pastor, BBO #391000
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY &
WILLIAMS, LLP
11311 Arcade Dr. Suite 200
Little Rock, AR 72212
(501) 312-8500

Respectfully submitted by,

NICHOLAS- APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.

By their attorneys,

*Steven P. Wright*
Wm. Shaw McDermott, BBO #330860
Steven P. Wright, BBO #648575
Jason N. Golub, BBO #660114
Kirkpatrick & Lockhart Nicholson
Graham LLP
75 State Street
Boston, MA  02109
(617) 261-3100

Dated: February 10, 2005

## CERTIFICATE OF SERVICE

I, Steven P. Wright, hereby certify that a true copy of the above document was served on February 10, 2005 upon all counsel of record by first class mail, postage prepaid.

*/s/ Steven Wright*