UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM STEGALL, ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**CHARLES L LADNER, ET AL.,**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>**05 10062DPW**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS AND COMPLAINT** |

FILED IN CLERKS OFFICE
2005 FEB 14 P 4:00
U.S. DISTRICT COURT
DISTRICT OF MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of January, 2005, at 11:00 AM**, at the address of **888 SAN CLEMENTE Drive STE 100, Newport Beach, Orange County, CA** ; this affiant served the above described documents upon **NICHOLAS APPLEGATE CAPITAL MANAGEMENT**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **STEWART SMITH, AGENT FOR SERVICE, 50, 5'11", 200 LBS.,BLACK HAIR, BROWN EYES, CAUCASIAN MALE.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _CALIFORNIA_ that the statement above is true and correct.

D. ADAM, Reg. # 1778, ORANGE

SUBSCRIBED AND SWORN to before me this 30th day of January, 2005

NOTARY PUBLIC in and for the State of **California**

MICHAEL D. KERN
COMM. # 1325449
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. NOV. 1, 2005

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: 3633665