UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **WILLIAM STEGALL, ET AL.,** | Hearing Date: | FILED<br>IN CLERKS OFFICE |
| Plaintiff/Petitioner | CAUSE NO.<br>**05 10062DPW** | 2005 FEB 14  P 3: 59 |
| vs.<br>**CHARLES L LADNER, ET AL.,** | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS AND COMPLAINT** | U.S. DISTRICT COURT<br>DISTRICT OF MASS |
| Defendant/Respondent | | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **26th day of January, 2005, at 1:12 PM**, at the address of **1415 KELLUM Place # 205, GARDEN CITY, Nassau County, NY** ; this affiant served the above described documents upon **AMERICAN FUND ADVISORS,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **BARRY GORDON, CHAIRMAN, WHITE, MALE, GREY HAIR, 50 YEARS OLD, 5'10, 175 LBS, GREY MUSTACHE**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of __New York__ that the statement above is true and correct.

_____
**COREY GUSKIN, Reg. # 1094475, NEW YORK**

SUBSCRIBED AND SWORN to before me this 27th day of January, 2005

_Andrea Molody_
NOTARY PUBLIC in and for the State of **New York**

| | | |
|---|---|---|
| ABC's Client Name<br>**Baron & Budd, P.C. (PFI)** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: **3633661** |

ANDREA MOLODY
Notary Public, State of New York
...
Commission Expires Feb. ... 04