SCANNED
DATE 2-15-05
BY: CMG

| WILLIAM STEGALL, ET AL., | | Hearing Date: |
| --- | --- | --- |
| | Plaintiff/Petitioner | CAUSE NO. 05 10062DPW |
| vs. | | |
| CHARLES L LADNER, ET AL., | | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT |
| | Defendant/Respondent | |

FILED CLERKS OFFICE
2005 FEB 14 P 3: 51
DISTRICT COURT OF MASS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **21st day of January, 2005, at 11:00 AM**, at the address of **800 SCUDDERS MILL Road , PLAINSBORO, Middlesex County, NJ** ; this affiant served the above described documents upon **FUND ASSET MANAGEMENT, LP,** by then and there personally delivering **1** true and correct copy (ies) thereof, by then presenting to and leaving the same with **SUSAN HEYGEN, AUTHORIZED AGENT**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _____NJ_____ that the statement above is true and correct.

**HAROLD FALK**

SUBSCRIBED AND SWORN to before me this 26th day of January, 2005

NOTARY PUBLIC in and for the State of **New Jersey**

PHILLIP SANDFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2006

ABC's Client Name
**Baron & Budd, P.C. (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: 3633669