A-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.<br><br>    Defendants. | RECEIVED<br>Clerk's Office<br>USDC, Mass.<br>Date 2/9/05<br>By M.P.<br>Deputy Clerk<br><br><br><br>Case No. 05 10062 DPW |

### ASSENTED-TO MOTION TO ENLARGE TIME FOR SERVING ANSWER OR OTHER RESPONSIVE PLEADING

Defendants hereby request that this Court grant Defendants John Hancock, Financial Services, Inc. and John Hancock Financial Advisers, LLC (collectively the "Hancock Defendants") an additional fifty (50) days from today – i.e., through Thursday, March 31, 2005 – to answer or otherwise respond to the Complaint in the above-captioned action. As grounds for this motion, Defendants state as follows:

BOS-724221 v2

1. Plaintiff's Complaint names 25 defendants, contains forty-nine paragraphs, and is twenty pages in length.

2. Given the complexity of the Complaint, and the number of defendants involved in this action, an additional fifty (50) days in which to answer or otherwise respond to the Complaint is reasonable.

3. Plaintiff's Counsel has assented to the extension of time requested herein, and no prejudice will result from the allowance of this motion.

<table>
<tr><td>

Assented to,

WILLIAM STEGALL

By his attorney, duly authorized

_David Pastor / spw_
David Pastor, BBO #391000
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY &
WILLIAMS, LLP
11311 Arcade Dr. Suite 200
Little Rock, AR 72212
(501) 312-8500

</td><td>

Respectfully submitted by,

JOHN HANCOCK FINANCIAL
SERVICES, INC., JOHN HANCOCK
ADVISERS, LLC,

By their attorneys,

_Wm Wright_
Wm. Shaw McDermott, BBO #330860
Steven P. Wright, BBO #648575
Jason N. Golub, BBO #660114
Kirkpatrick & Lockhart Nicholson
Graham LLP
75 State Street
Boston, MA  02109
(617) 261-3100

</td></tr>
</table>

Dated: February 9, 2005

## CERTIFICATE OF SERVICE

I, Steven P. Wright, hereby certify that a true copy of the above document was served on February 9, 2005 upon all counsel of record by first class mail, postage prepaid.

*/s/ Steven Wright*