UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.<br><br>Defendants. | Case No. 05 10062 DPW |

## DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME FOR FILING ANSWER OR OTHER RESPONSIVE PLEADING

Defendants hereby request that this Court grant Defendants[1] an additional thirty (30) days from today – i.e., through Friday, April 29, 2005 – to answer or otherwise respond to the

---

[1] For purposes of this motion, the term "Defendants" consists of the following named defendants in this action: Charles L. Ladner, James F. Carlin, William H. Cunningham, Ronald R. Dion, Steven Pruchansky, Norman H. Smith, John P. Toolan, James A. Shepherdson, Dennis S. Aronowitz, Richard P. Chapman, Jr., William J. Cosgrove, Richard A. Farrell, William F. Glavin, John A. Moore, Patti McGill Peterson, John W. Pratt, John Hancock Financial Services, Inc., John Hancock Advisers, LLC, Independence Investment, LLC, Nicholas-Applegate Capital Management, Sustainable Growth Advisers, LP, American Fund Advisers, Inc. Plaintiff's claims against Pzena Management, LLC have been voluntarily dismissed, and Shay Assets Management, Inc., and Fund Asset Management, LP, are each represented by separate counsel.

- 2 -

Complaint in the above-captioned action. As grounds for this motion, Defendants state as follows:

1. Plaintiff's Complaint names twenty-five (25) defendants, contains forty-nine paragraphs, and is twenty pages in length.

2. Plaintiff has previously assented to requests by certain of the Defendants to extend the time in which to answer or otherwise respond to March 31, 2005. Those Defendants that have not secured an extension had not previously been served. In the interests of efficiency, and at the request of Plaintiff's counsel, by way of this motion, all of the Defendants either acknowledge that service has been perfected and/or waive their right to service.

3. Given the complexity of the Complaint, and the number of defendants involved in this action, an additional thirty (30) days in which to answer or otherwise respond to the Complaint is reasonable.

4. Plaintiff's Counsel has assented to the extension of time requested herein, and no prejudice will result from the allowance of this motion.

Assented to,

WILLIAM STEGALL

By his attorney, duly authorized

_____
David Pastor, BBO #391000
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY &
WILLIAMS, LLP
11311 Arcade Dr. Suite 200
Little Rock, AR 72212
(501) 312-8500

Dated: March 30, 2005

Respectfully submitted by,

CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J.COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS- APPLEGATE CAPITAL MANAGEMENT, SUSTAINABLE GROWTH ADVISERS, LP, AMERICAN FUND ADVISORS, INC.

By their attorneys,

_____
Wm. Shaw McDermott, BBO #330860
Steven P. Wright, BBO #648575
Jason N. Golub, BBO #660114
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100

- 4 -

## CERTIFICATE OF SERVICE

I, Steven P. Wright, hereby certify that a true copy of the above document was served on March 30, 2005 upon all counsel of record by first class mail, postage prepaid.

_/s/ Steven P. Wright_