UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated, §§§§§ Plaintiff, §§ v. §§§ CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC. §§§§§§§§§§§§§§§§§§§§§§§ Defendants. | Case No. CV 05 10062 |

**NOTICE OF DISMISSAL AS TO SHAY ASSET MANAGEMENT, INC.**

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss SHAY ASSET

00004523.WPD ; 1

MANAGEMENT, INC. as a party to this action, without prejudice.

Dated: April 5, 2005.                    Respectfully Submitted,


        /s/David Pastor
        David Pastor (BBO #391000)
        GILMAN AND PASTOR, LLP
        Stonehill Corporate Center
        999 Broadway, Suite 500
        Saugus, MA 01906
        (781) 231-7850
        (781) 231-7841 fax


        Randall K. Pulliam
        BARON & BUDD, P.C.
        3102 Oak Lawn Ave.
        Suite 1100
        Dallas, Texas 75219-4281
        (214) 521-3605
        (214) 520-1181 fax


        J. Allen Carney
        Hank Bates
        CAULEY BOWMAN CARNEY & WILLIAMS, LLP
        11311 Arcade Dr.
        Suite 200
        Little Rock, Arkansas 72212
        (501) 312-8500
        (501) 312-8505 fax