UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.<br><br>    Defendants. | Case No. CV 05 10062 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), Plaintiff hereby dismiss NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, SUSTAINABLE GROWTH ADVISERS, LP, AMERICAN FUND ADVISORS, INC., and INDEPENDENCE INVESTMENTS, LLC. as parties to this action, which has not been certified as a class action, without prejudice.

Dated: April 29, 2005.

00004648.WPD ; 1

RESPECTFULLY SUBMITTED,


/s/ David Pastor
David Pastor (#391000)
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA 02109
(617) 742-9700
(617) 742-9701

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax