UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARONOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC,<br><br>Defendants. | Case No. 05 10062 DPW |

## MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 23.1, Defendants Charles L. Ladner, James F. Carlin, William H. Cunningham, Ronald R. Dion, Steven Pruchansky, Norman H. Smith, John P. Toolan, James A. Shepherdson, Dennis S. Aronowitz, Richard P. Chapman, Jr., William J. Cosgrove, Richard A. Farrell, William F. Glavin, John A. Moore, Patti McGill Peterson, John W. Pratt, John Hancock Financial Services, Inc., and John Hancock Advisers, LLC (collectively, "Defendants"), by and through their counsel, Kirkpatrick & Lockhart Nicholson Graham LLP, move to dismiss the claims asserted against them in Plaintiff William Stegall's ("Plaintiff") Class Action Complaint (the "Complaint").

BOS-835121 v1

In support of this motion, Defendants rely on the Affidavit of Steven P. Wright, together with all of the exhibits attached thereto, and the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Class Action filed herewith.

WHEREFORE, Defendants respectfully move the Court to grant their Motion to Dismiss Plaintiff's Class Action Complaint.

Respectfully submitted by,

CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARONOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, DPW
PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC,

By their attorneys,

April 29, 2005

_Wm. Shaw McDermott /spw_
Wm. Shaw McDermott, BBO #330860
Steven P. Wright, BBO #648575
Jason N. Golub, BBO #660114
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100

## CERTIFICATE OF SERVICE

I, Steven P. Wright, hereby certify that a true copy of the above document was served on April 29, 2005 upon all counsel of record by first class mail, postage prepaid.

*/s/ Steven Wright*