UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| v. § § | Case No. <u>CV 05 10062</u> (DPW) |
| CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC. § § § § § § § § § § § § § § § § § § | |
| Defendants. § § | |

_____

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

Plaintiff, by and through his undersigned counsel of record, respectfully moves this Court for an extension of time THROUGH AND INCLUDING May 27, 2005 in which to file his opposition to Defendants' motion to dismiss.

In support of this Motion, the Plaintiff would respectfully show the following:

1. The Order, as subsequently amended, provides that the plaintiffs file their opposition to defendants' motion to dismiss on or before May 13, 2005.

2. Plaintiff requires the requested extension of time in order to be able to respond to the various issues raised by the Defendants' Motion to Dismiss.

3. The requested extension will not necessitate the postponement of any hearing or other court appearance, as no court appearances are currently scheduled in this matter.

WHEREFORE, the Plaintiff respectfully requests that he be granted an extension to file his opposition to the motion to dismiss until May 27, 2005.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised by this Motion and that Defendants' counsel indicated that they would assent to this Motion.

Dated: May 9, 2005                           RESPECTFULLY SUBMITTED,

/s/ David Pastor
David Pastor (#391000)
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA 02109
(617) 742-9700
(617) 742-9701

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

00004687.WPD ; 1

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

**Plaintiffs' Counsel**

00004687.WPD ; 1