UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>         Plaintiff,<br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.<br><br>         Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ C.A. No. 05-10062-DPW<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

>GILMAN AND PASTOR, LLP
>60 State Street, 37th Floor
>Boston, MA 02109
>Telephone: (617) 742-9700
>Facsimile: (617) 742-9701

00004816.WPD ; 1

Dated: May 25, 2005                                        Respectfully submitted,


                                                           /s/ David Pastor
                                                           David Pastor (BBO # 391000)
                                                           GILMAN AND PASTOR, LLP
                                                           60 State Street, 37th Floor
                                                           Boston, MA 02109
                                                           Telephone: (617) 742-9700
                                                           Facsimile: (617) 742-9701

                                                           Counsel for Plaintiffs

00004816.WPD ; 1