UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated, § § § | |
| Plaintiff, § § | Case No. CV 05 10062 DPW |
| v. § § | |
| CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC. § § § § § § § § § § § § § § § § § § | |
| Defendants. § | |

JURY TRIAL DEMANDED

---

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

---

The parties to the above-entitled action move this Court for a continuance of the scheduling conference noticed by the Court for July 12, 2005. The parties respectfully request that the conference be rescheduled for July 26, 2005 at 2:30 P.M.

00004938.WPD ; 1

Dated: June 6, 2005                              Respectfully submitted,

/s/ David Pastor
David Pastor ( BBO #391000)
Gilman and Pastor, LLP
60 State Street
37th Floor
Boston, MA 02109
(617) 742-9700
(617) 742-9701

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

**ATTORNEYS FOR PLAINTIFF**

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott  (BBO # 330860)
Steven P. Wright (BBO # 648575)
Jason N. Golub (BBO # 660114)
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100

**ATTORNEYS FOR DEFENDANTS**