UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.<br><br>    Defendants. | Civil Action No. 05-10062 DPW |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**(ASSENTED TO)**

The Defendants, Charles Ladner, et. al., (collectively the "Defendants") hereby move, pursuant to the provision of Local Rule 7.1(B)(3) for leave to file and serve a reply to the plaintiff's opposition to the defendants' motion to dismiss on or before June 30, 2005.

     As grounds for this Motion the Defendants state the following:

1. The Defendants moved to dismiss the Complaint in the above-captioned on April 28, 2005;

2. The Plaintiffs filed an opposition on May 27, 2005;

3. The Plaintiffs have no opposition to this motion;

4. The schedule for filing the reply will not delay an argument on the Motion to Dismiss, should the Court wish to include argument at its currently scheduled conference for July 26, 2005.

     Respectfully submitted by,

CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARONOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, DPW PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC,

By their attorneys,

June 10, 2005

_/s/ Wm. Shaw McDermott_
Wm. Shaw McDermott, BBO #330860
Steven P. Wright, BBO #648575
Jason N. Golub, BBO #660114
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100

## CERTIFICATE OF SERVICE

I, Wm. Shaw McDermott, hereby certify that a true copy of the Defendants' Motion to File a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss was served on June 10, 2005 upon all counsel of record by first class mail, postage prepaid.

_____
Wm. Shaw McDermott