UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.<br><br>Defendants. | Case No. CV 05 10062 DPW |

**RANDALL K. PULLIAM'S CERTIFICATION FOR ADMISSION
PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

00005031.WPD ; 1

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Randall K. Pulliam, hereby certify that:

1. I am a partner in the law firm of Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219. I was admitted to the bar of Arkansas in 1998. I was admitted to the bar of Texas in 2004. I am also admitted to practice in the following jurisdictions:

| Court | Year |
|---|---|
| U.S. District Court, Eastern District of Arkansas | 1998 |
| U.S. District Court, Western District of Arkansas | 1998 |
| U.S. District Court, Northern District of Texas | 2004 |
| U.S. District Court, Eastern District of Texas | 2005 |

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: June 10, 2005

Respectfully submitted,

*/s/ Randall K. Pulliam*

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605