UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated, § § § § Plaintiff, § § v. § § CHARLES L. LADNER, JAMES F. CARLIN, § WILLIAM H. CUNNINGHAM, RONALD R. § DION, STEVEN PRUCHANSKY, NORMAN H. § SMITH, JOHN P. TOOLAN, JAMES A. § SHEPHERDSON, DENNIS S. ARNOWITZ, § RICHARD P. CHAPMAN, JR., WILLIAM J. § COSGROVE, RICHARD A. FARRELL, § WILLIAM F. GLAVIN, JOHN A. MOORE, § PATTI McGILL PETERSON, JOHN W. PRATT, § JOHN HANCOCK FINANCIAL SERVICES, § INC., JOHN HANCOCK ADVISERS, LLC, § INDEPENDENCE INVESTMENT, LLC, § NICHOLAS-APPLEGATE CAPITAL § MANAGEMENT, PZENA MANAGEMENT, § LLC, SHAY ASSETS MANAGEMENT, INC., § SUSTAINABLE GROWTH ADVISERS, LP, § FUND ASSET MANAGEMENT, LP, § AMERICAN FUND ADVISORS, INC. § § Defendants. | Case No. CV 05 10062 DPW |

**ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE
(HANK BATES)**

00005032.WPD ; 1

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Hank Bates of the law firm of Cauley Bowman Carney & Williams, PLLC, to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Bates has been a member in good standing of the bar of Arkansas since April 10, 1998.

2. There are no disciplinary proceedings against Mr. Bates as a member of the bar in any jurisdiction.

3. Mr. Bates has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Bates has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

Dated: June 13, 2005

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel.: (617) 742-9700

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 6/13/05
/s/ David Pastor

00005032.WPD ; 1

2