# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.<br><br>　　　　　Defendants. | Case No. CV 05 10062 DPW |

### HANK BATES' CERTIFICATION FOR ADMISSION
### PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE
### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

00005033.WPD ; 1

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Hank Bates, hereby certify that:

1. I am a partner in the law firm of Cauley Bowman Carney & Williams, PLLC, 1131 Arcadia Drive, Suite 200, Little Rock, AR 72212. I was admitted to the bar of Arkansas on April 10, 1998. I am also admitted to practice in the following jurisdictions:

| Jurisdiction | Date |
|---|---|
| U.S. District Court, Eastern District of Arkansas | 6/23/98 |
| U.S. District Court, Western District of Arkansas | 6/23/98 |
| State Bar of California | 1993 |
| U. S. District Court, Northern District of California | 12/14/93 |
| U.S. District Court, Central District of California | 05/06/05 |
| U.S. Court of Appeals - 6th Circuit | 08/26/93 |
| U.S. Court of Appeals - 8th Circuit | 05/21/98 |
| U.S. Court of Appeals - 9th Circuit | 12/14/93 |
| U. S. Court of Federal Claims | 06/21/96 |
| U. S. District Court, Northern District of Illinois | 03/18/05 |
| U. S. District Court, District of Colorado | 03/28/05 |

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: June 10, 2005							Respectfully submitted,

_____
Hank Bates
Cauley Bowman Carney & Williams, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
Tel.: (501) 312-8500
Fax: (501) 312-8505