# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARONOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC,<br><br>   Defendants. | Civil Action No. 05-10062 DPW |

## DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS

Defendants Charles L. Ladner, James F. Carlin, William H. Cunningham, Ronald R. Dion, Steven Pruchansky, Norman H. Smith, John P. Toolan, James A. Shepherdson, Dennis S. Aronowitz, Richard P. Chapman, Jr., William J. Cosgrove, Richard A. Farrell, William F. Glavin, John A. Moore, Patti McGill Peterson, John W. Pratt, John Hancock Financial Services, Inc., and John Hancock Advisers, LLC,. ("Defendants") respectfully request that the Court stay discovery in this action pending resolution of Defendants' Motion to Dismiss for the reasons set forth in the Memorandum in Support of Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss.

## REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(D)

Defendants hereby request oral argument on this motion pursuant to Local Rule 7.1(D).

**WHEREFORE**, Defendants respectfully request that the Court grant its Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss.

        Defendants  
        CHARLES L. LADNER, et al.

        By their Attorneys,

        /s/ Steven P. Wright  
        Wm. Shaw McDermott, BBO #330860  
        Steven P. Wright, BBO #648575  
        Jason N. Golub, BBO #660114  
        Kirkpatrick & Lockhart  
        Nicholson Graham LLP  
        75 State Street  
        Boston, MA   02109  
        (617) 261-3100

Dated:  July 13, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Wm. Shaw McDermott, counsel for Defendants, hereby certify pursuant to Local Rule 7.1(A)(2) that I spoke with counsel for Plaintiff in an attempt to seeking to narrow the issues presented by this motion.

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott

## CERTIFICATE OF SERVICE

I, Steven P. Wright hereby certify that a true copy of the above document was served electronically on July 13, 2005 upon all counsel of record.

/s/ Steven P. Wright
Steven P. Wright