

**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

July 11, 2005

Wm. Shaw McDermott
617.261.3120
Fax: 617.261.3175
smcdermott@klng.com

**First Class Mail**

Ms. Michelle Rynne
Deputy Courtroom Clerk
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re: **Stegall v. Ladner Civ. Action No. 05-10062 DPW**

Dear Ms. Rynne:

This letter will confirm that I have advised Plaintiff's counsel that the court will likely address the Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint, which is now fully briefed with the filing of Defendants' Reply Brief on June 30, 2005.

I have also advised Plaintiff's counsel that the lawyer should proceed in preparation of the Local Rule 16.1(D) Joint Statement for Scheduling Conference.

Yours sincerely,

*Wm. Shaw McDermott*

Wm. Shaw McDermott

WSM:ll

BOS-878292 v1
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON