UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARNOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, INDEPENDENCE INVESTMENT, LLC, NICHOLAS-APPLEGATE CAPITAL MANAGEMENT, PZENA MANAGEMENT, LLC, SHAY ASSETS MANAGEMENT, INC., SUSTAINABLE GROWTH ADVISERS, LP, FUND ASSET MANAGEMENT, LP, AMERICAN FUND ADVISORS, INC.<br><br>Defendants. | Case No. <u>CV 05 10062</u> |

**LOCAL RULE 16.1(D)(3)**

Pursuant to the United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Plaintiff William Stegall and his attorneys, for the purpose of addressing the litigation budget and the use of alternate dispute resolution, hereby certify that they conferred (I) with a view to establishing a budget for the costs of conducting the full course - and various

00005605.WPD ; 1

alternative courses - of the litigation, and (ii) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Dated: July 21, 2005

RESPECTFULLY SUBMITTED,

/s/ William Stegall

By: /s/ David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
(781) 231-7850
(781) 231-7841 fax

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

Pursuant to the United States District Court for the District of Massachusetts Local rule 16.1(D)(3), Plaintiff William Stegall and his attorneys, for the purpose of addressing the litigation budget and the use of alternate dispute resolution, hereby certify that they have conferred (i) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation, and (ii) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Dated: July 19, 2005                            Respectfully submitted,

*/s/ William Stegall*
William Stegall

By: _____
David Pastor
Gilman & Pastor, L.L.P.
60 State Street; 37th Floor
Boston, MA 02109
(617) 742-9700
(617) 742-9701 fax

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.; Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax

Hank Bates
J. Allen Carney
Brooke Augusta Owen
CAULEY BOWMAN CARNEY & WILLIAMS
11311 Arcade Dr., Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax

2