# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM STEGALL, on Behalf of Himself and<br>All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>CHARLES L. LADNER, JAMES F. CARLIN,<br>WILLIAM H. CUNNINGHAM, RONALD R.<br>DION, STEVEN PRUCHANSKY, NORMAN<br>H. SMITH, JOHN P. TOOLAN, JAMES A.<br>SHEPHERDSON, DENNIS S. ARONOWITZ,<br>RICHARD P. CHAPMAN, JR., WILLIAM J.<br>COSGROVE, RICHARD A. FARRELL,<br>WILLIAM F. GLAVIN, JOHN A. MOORE,<br>PATTI McGILL PETERSON, JOHN W.<br>PRATT, JOHN HANCOCK FINANCIAL<br>SERVICES, INC., JOHN HANCOCK<br>ADVISERS, LLC,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-10062 DPW |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants Charles L. Ladner, James F. Carlin, William H. Cunningham, Ronald R.

Dion, Steven Pruchansky, Norman H. Smith, John P. Toolan, James A. Shepherdson, Dennis S.

Aronowitz, Richard P. Chapman, Jr., William J. Cosgrove, Richard A. Farrell, William F.

Glavin, John A. Moore, Patti McGill Peterson, John W. Pratt, John Hancock Financial Services,

Inc., and John Hancock Advisers, LLC, ("Defendants") respectfully move this Court to file

supplemental authority in support of their Motion to Dismiss. Three recent cases, *Exxon Mobil*

*Corp. v. Allapattah Servs., Inc.*, 125 S. Ct. 2611 (2005), *Jacobs v. Bremner*, No. 05C143, 2005

WL 1719307 (N.D. Ill. July 20, 2005), and *Dull v. Arch*, No. 05C140 (N.D. Ill. July 27, 2005),

have particular bearing on the matters raised in Defendants' Motion. These cases were decided

during or after briefing on Defendants' Motion had concluded.  The reasons supporting this

Motion are set forth in the memorandum submitted herewith.

      **WHEREFORE**, Defendants respectfully request that the Court grant its Motion for

Leave to File Supplemental Authority in Support of Defendants' Motion to Dismiss.


                    Defendants
                    CHARLES L. LADNER, et al.

                    By their attorneys,


Dated:  July 29, 2005          s/ Wm. Shaw McDermott
                    Wm. Shaw McDermott, BBO #330860
                    Steven P. Wright, BBO #648575
                    Jason N. Golub, BBO #660114
                    Kirkpatrick & Lockhart
                    Nicholson Graham LLP
                    75 State Street
                    Boston, MA   02109
                    (617) 261-3100

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Wm. Shaw McDermott, counsel for Defendants, hereby certify pursuant to Local Rule

7.1(A)(2) that I spoke with counsel for Plaintiff in an attempt to seeking to narrow the issues

presented by this motion.

/s/ Wm. Shaw McDermott_____
Wm. Shaw McDermott

## CERTIFICATE OF SERVICE

I, Wm. Shaw McDermott, hereby certify that a true copy of the above document was
served electronically on July 29, 2005 upon all counsel of record.

/s/ Wm. Shaw McDermott_____
Wm. Shaw McDermott