UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM STEGALL, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES L. LADNER, JAMES F. CARLIN, WILLIAM H. CUNNINGHAM, RONALD R. DION, STEVEN PRUCHANSKY, NORMAN H. SMITH, JOHN P. TOOLAN, JAMES A. SHEPHERDSON, DENNIS S. ARONOWITZ, RICHARD P. CHAPMAN, JR., WILLIAM J. COSGROVE, RICHARD A. FARRELL, WILLIAM F. GLAVIN, JOHN A. MOORE, PATTI McGILL PETERSON, JOHN W. PRATT, JOHN HANCOCK FINANCIAL SERVICES, INC., JOHN HANCOCK ADVISERS, LLC, <br><br> Defendants. | Civil Action No. 05-10062 DPW |

## SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants Charles L. Ladner, James F. Carlin, William H. Cunningham, Ronald R. Dion, Steven Pruchansky, Norman H. Smith, John P. Toolan, James A. Shepherdson, Dennis S. Aronowitz, Richard P. Chapman, Jr., William J. Cosgrove, Richard A. Farrell, William F. Glavin, John A. Moore, Patti McGill Peterson, John W. Pratt, John Hancock Financial Services, Inc., and John Hancock Advisers, LLC, ("Defendants") respectfully move this Court to file supplemental authority in support of their Motion to Dismiss. Two recent cases, *In re Eaton Vance Mutual Funds Fee Litigation*, No. 04-CIV-1144JGK, 2005 WL 1813001 (S.D.N.Y. August 1, 2005), and *Hogan v. Baker*, No. 3:05-CV-0073P (N.D. Tex. Aug. 12, 2005), are highly instructive on the matters raised in Defendants' Motion. These cases were decided after briefing

on Defendants' Motion had concluded and after Defendants had filed their first Motion for Leave to File Supplemental Authority in Support of Defendants' Motion to Dismiss. The reasons supporting this Motion are set forth in the memorandum submitted herewith.

**WHEREFORE**, Defendants respectfully request that the Court grant its Second Motion for Leave to File Supplemental Authority in Support of Defendants' Motion to Dismiss so that Defendants may fully address the supplemental authority discussed both in the instant Motion and Defendants' first Motion for Leave to File Supplemental Authority in Support of Defendants' Motion to Dismiss.

                                            Defendants
                                            CHARLES L. LADNER, et al.

                                            By their attorneys,

Dated: August 16, 2005                s/ Wm. Shaw McDermott
                                            Wm. Shaw McDermott, BBO #330860
                                            Steven P. Wright, BBO #648575
                                            Jason N. Golub, BBO #660114
                                            Kirkpatrick & Lockhart
                                            Nicholson Graham LLP
                                            75 State Street
                                            Boston, MA   02109
                                            (617) 261-3100

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Wm. Shaw McDermott, counsel for Defendants, hereby certify pursuant to Local Rule 7.1(A)(2) that I spoke with counsel for Plaintiff in an attempt to seeking to narrow the issues presented by this motion.

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott

## CERTIFICATE OF SERVICE

I, Wm. Shaw McDermott, hereby certify that a true copy of the above document was served electronically on August 16, 2005 upon all counsel of record.

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott