```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

WILLIAM STEGALL, on Behalf      )
of Himself and All Others       )
Similarly Situated,             )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )     05-10062-DPW
                                )
CHARLES L. LADNER, JAMES F.     )
CARLIN, WILLIAM H. CUNNINGHAM,  )
RONALD R. DION, STEVEN          )
PRUCHANSKY, NORMAN H. SMITH,    )
JOHN P. TOOLAN, JAMES A.        )
SHEPHERDSON, DENNIS S.          )
ARNOWITZ, RICHARD P. CHAPMAN,   )
JR., WILLIAM J. COSGROVE,       )
RICHARD A. FARRELL, WILLIAM F.  )
GLAVIN, JOHN A. MOORE, PATTI    )
MCGILL PETERSON, JOHN W.        )
PRATT, JOHN HANCOCK ADVISERS,   )
LLC, INDEPENDENCE INVESTMENT,   )
LLC, NICHOLAS-APPLEGATE         )
CAPITAL MANAGEMENT, PZENA       )
MANAGEMENT, LLC, SHAW ASSETS    )
MANAGEMENT, INC., SUSTAINABLE   )
GROWTH ADVISERS, LP, AMERICAN   )
FUND ADVISORS, INC.             )
     Defendants.                )
_____ )

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered October 14, 2005, granting the Defendant's Motion to Dismiss, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                BY THE COURT,

                /s/ Michelle Rynne
                Deputy Clerk

DATED: October 14, 2005